**SHAWNEE TERMINAL RAILROAD CO., INC., Plaintiff–Appellant,**

v.

**J.E. ESTES WOOD CO., INC., A.A. Nettles, Sr. Properties, Ltd., Defendants–Appellees.**

No. 09–15242.

United States Court of Appeals, Eleventh Circuit.

Aug. 5, 2010.

Brian P. McCarthy, William Earl Bonner, McDowell, Knight, Roedder, et al., Mobile, AL, for Plaintiff–Appellant.

Before TJOFLAT, CARNES and REAVLEY,* Circuit Judges.

PER CURIAM:

Before us in this appeal is the district court's judgment dismissing this lawsuit for lack of subject matter jurisdiction. After the district court entered its judgment, the Supreme Court issued its decision in *Hertz v. Friend,* —— U.S. ——, 130 S.Ct. 1181, —— L.Ed.2d —— (2010). Both parties agree that we should vacate the judgment and remand the case to the district court for further consideration in light of the *Hertz* decision, although they disagree about what the district court should do in light of that decision. We leave it to the district court to decide as an initial matter what it should do on remand in light of the *Hertz* decision, but agree with the parties

* Honorable Thomas M. Reavley, United States Circuit Judge for the Fifth Circuit, sitting by designation.

that reconsideration by the district court is in order.

The district court's judgment is VACATED and the case is REMANDED to that court for further consideration in light of the Supreme Court's intervening decision in *Hertz v. Friend,* —— U.S. ——, 130 S.Ct. 1181, —— L.Ed.2d —— (2010).[1]

1. This case was originally scheduled for oral argument, but the panel has unanimously decided that it is unnecessary. *See* 11th Cir. R. 34–3(f).